AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>JOLLY, E. GRADY | **2. Court or Organization**<br><br>COURT OF APPEALS FIFTH | **3. Date of Report**<br><br>06/03/2013 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>JUDGE ACTIVE | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

501 EAST COURT STREET, ROOM 3.850
JACKSON, MS 39201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADVISORY BOARD | FEDERAL JUDGES ASSOCIATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 06/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Design III Partnership owner and worked doing foral arrangements. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | GEORGE MASON UNIVERSITY SCH OF LAW | 9/22/12-9/29/12 | ARLINGTON, VA | ATTEND ECONOMICS INSTITUTE FOR JUDGES GEORGE MASON SCH OF LAW | TRANSPORTATION & MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 06/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 06/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorpsouth Money Market Acc't IRA ▓ | A | Interest | J | T | | | | | |
| 2. Analysts International Com Stk. | | None | J | T | | | | | |
| 3. Snopes Corp. Common Stock | A | Interest | J | U | | | | | |
| 4. Gold Bullion ▓ . | | None | K | T | | | | | |
| 5. Silver Bullion ▓ | | None | K | T | | | | | |
| 6. Fred's Inc. Common Stock | A | Dividend | K | T | | | | | |
| 7. Trustmark Bank Acc't ▓ | A | Interest | J | T | | | | | |
| 8. Trustmark Bank Acc't ▓ | A | Interest | J | T | | | | | |
| 9. Trustmark Bank Acc't | | None | J | T | | | | | |
| 10. Trustmark Bank Acc't | A | Interest | L | T | | | | | |
| 11. Trustmark Bank Acc't ▓ | A | Interest | K | T | | | | | |
| 12. "(H)" BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 13. UBS Money Fund | | None | | | Closed | 1/24/12 | J | | |
| 14. Keely Sm Cap Val Fd | A | Dividend | J | T | | | | | |
| 15. Pimco Total Return Fd | B | Dividend | K | T | Sold (part) | 1/25/12 | J | A | |
| 16. First Eagle Global Fd | A | Dividend | J | T | | | | | |
| 17. Am Fd Gr Fd of Am | | None | | | Sold | 4/26/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 06/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mainstay Fd High Yield Corp Bond Fd | A | Dividend | J | T | | | | | |
| 19. Blackrock Global Allocation Fd | A | Dividend | K | T | | | | | |
| 20. Davis NY Venture Fd | A | Dividend | | | Sold | 4/26/12 | J | C | |
| 21. Ishares Tr Barclays Treas Inflation Protect Secs Fds | A | Dividend | J | T | Buy | 5/22/12 | J | | |
| 22. Pimco Commodity Real Return Strategy Class D | A | Dividend | J | T | Buy | 9/25/12 | J | | |
| 23. Vanguard Short Bond ETF | A | Dividend | J | T | Buy | 11/27/12 | J | | |
| 24. J P Morgan Tr II U S Gov't Money Mkt Fd | A | Dividend | J | T | Open | 1/24/12 | J | | |
| 25. "(H)" IRA ACCOUNT # 1 | | | | | | | | | |
| 26. Columbia Acorn Fd - IRA | A | Dividend | J | T | | | | | |
| 27. First Eagle Global Fd - IRA | A | Dividend | J | T | Sold (part) | 5/31/12 | J | B | |
| 28. | | | | | Sold (part) | 6/29/12 | J | B | |
| 29. Delaware Div Inc Fd - IRA | A | Dividend | | | Sold (part) | 1/24/12 | J | A | |
| 30. | | | | | Sold | 6/29/12 | J | A | |
| 31. Mainstay Fd High Yld Bd Fd - IRA | A | Dividend | K | T | Buy (add'l) | 11/28/12 | J | | |
| 32. Pimco Real Return Fd - IRA | A | Dividend | K | T | | | | | |
| 33. Blackrock Global Allocation Fd - IRA | A | Dividend | | | Sold (part) | 6/29/12 | J | B | |
| 34. | | | | | Sold | 11/27/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 06/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alger Spectra Fd - IRA | A | Dividend | K | T | | | | | |
| 36. MFS Util Fd - IRA | A | Dividend | J | T | | | | | |
| 37. Franklin Utilities Fd - IRA | A | Dividend | J | T | | | | | |
| 38. J P Morgan Money Mkt-IRA | | None | L | T | Open | 4/9/12 | K | | |
| 39. Pimco Commodity Real Return-IRA | A | Dividend | J | T | Buy | 8/24/12 | K | | |
| 40. J P Morgan Tr Value Advantage Fd-IRA | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 41. Doubleline Fds Tr Total Return-IRA | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 42. SPDR Gold Tr-IRA | | None | J | T | Buy | 11/30/12 | J | | |
| 43. "(H)" BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 44. Ishares Tr Dow Jones SEC Dividend Index Fd | A | Dividend | J | T | Buy | 4/18/12 | J | | |
| 45. Ishares Tr Russell Midcap Gr Index Fd | A | Dividend | J | T | Buy | 4/18/12 | J | | |
| 46. Ishares Tr S&P US Pfd Stk Index Fd | A | Dividend | J | T | Buy | 4/18/12 | J | | |
| 47. J P Morgan Tr II Large Cap Gr Fd Cl A | A | Dividend | J | T | Buy | 4/18/12 | J | | |
| 48. SPDR S&P 500 ETF Tr Unit Ser 1 S&P Depositary | A | Dividend | J | T | Buy | 4/18/12 | J | | |
| 49. SPDR Ser Tr S&P Dividend ETF | A | Dividend | J | T | Buy | 5/24/12 | J | | |
| 50. Vanguard Short Term Bond ETF | A | Dividend | J | T | Buy | 5/24/12 | J | | |
| 51. J P Morgan Tr II US Gov't Money Mkt Fd | A | Dividend | J | T | Open | 4/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 06/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **E. GRADY JOLLY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544